J. LASKIN & SONS, INC., Respondent, *v.* JACOB DEITEL, Defendant, and CHARLES J. EIGER and Another, Appellants.

Supreme Court, Appellate Term, First Department, June 25, 1934.

*Levin, Rosmarin & Schwartz* [*Jerome M. Schwartz* of counsel], for the appellant Kaufman.

*Samuel W. Fried,* for the appellant Eiger.

*Spiro & Felstiner* [*William Felstiner* of counsel], for the respondent.

PER CURIAM. The guaranty and the checks, even though read together, were insufficient as a memorandum under the Statute of Frauds (Pers. Prop. Law, § 31). The checks were not signed by the party to be charged and would not establish an agreement to postpone the time of payment merely because they were post-dated, without parol evidence of the creditor's acquiescence in such an arrangement. Therefore, the memorandum was insufficient for the reason that consideration was not sufficiently expressed therein. (*Standard Oil Co.* v. *Koch,* 260 N. Y. 150.)

Orders reversed, with ten dollars costs and disbursements and motions granted.

All concur; present, CALLAHAN, FRANKENTHALER and SHIEN-TAG, JJ.